**F I L E D**
CLERK, U.S. DISTRICT COURT

04/23/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:21-cr-00074-JLS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [26 U.S.C. § 7202: Willful Failure to Pay Over Withheld Taxes] |
| JAGAT WALIA, | |
| Defendant. | |

The Acting United States Attorney charges:

[26 U.S.C. § 7202; 18 U.S.C. § 2(b)]

On or about April 17, 2018, in Orange County, within the Central District of California, defendant JAGAT WALIA willfully failed and willfully caused Visiting Nurse Association of Orange County, LLC ("VNA") to fail to pay over to the United States, namely, the Internal Revenue Service, all of the federal income taxes and FICA

//

//

taxes (i.e., trust fund taxes) that VNA withheld from VNA employees' total taxable wages, which were due and owing to the United States, namely, $240,581 for the second quarter of 2017.

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROSALIND WANG
Assistant United States Attorney
Santa Ana Branch Office